IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )         2:22cr216-MHT
                            )              (WO)
STEPHEN FREDERICK BROWN     )
```

PRETRIAL BRIEFING ORDER

The government and the defendant having informed the court that this case will likely go to trial, it is ORDERED that, five business days before the jury-selection date, they are each to file a brief (1) giving an overview of the evidence to be presented at trial; (2) setting forth the elements of the crime(s) charged and, generally, how the evidence does or does not satisfy those elements; and (3) addressing any evidentiary issues they think may arise at trial.

DONE, this the 29th day of March, 2023.

                                         /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE