IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:22cr216-MHT** |
| | ) | **(WO)** |
| **STEPHEN FREDERICK BROWN** | ) | |

### ORDER

With regard to the motion *in limine* (Doc. 39), it is ORDERED as follows:

(1) By no later than April 11, 2023, counsel for the parties are to meet to attempt to resolve the motion; and

(2) By no later than 12:00 p.m. on April 13, 2023, counsel for the parties are to file a joint report that sets forth whether the motion is resolved and, if not resolved, sets forth both the nonmovant's argument as to why the motion should be denied and the movant's response to that argument.

DONE, this the 10th day of April, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**